JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

CUONG TU HONG,

                Petitioner,

                v.

KRISTI NOEM, et al.,

                Respondents.

Case No. 5:25-cv-03353-RGK-JDE

JUDGMENT

Pursuant to the Order Regarding First Amended Petition (Dkt. 29) and confirmation that Petitioner has been released (Dkt. 33),

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that this action is DISMISSED as moot.

The Clerk shall close this action.

Dated: 3/4/2026

_R. GARY KLAUSNER_
R. GARY KLAUSNER
United States District Judge